FILED BY___ue___D.C.

FEB 13 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

IN   THE   UNITED   STATES   DISTRICT   COURT

FOR   THE

SOUTHERN   DISTRICT   OF   FLORIDA

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

BILLY G. ASEMANI
WCI#339096
13800 MCMULLEN HWY, SW
CUMBERLAND, MARYLAND 21502

(PRO SE PLAINTIFF)

AND

DONALD J. TRUMP
PRESIDENT OF THE UNITED STATES
1600 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C.  20500

("REQUIRED PARTY"
  see F.R.C.P. 19(a)(1)(A))


V.                                    CIVIL ACTION NO.:


OFFICE OF FOREIGN ASSETS CONTROL
("OFAC")
U.S. DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20220

AND

"$100 MILLION [] HELD IN AN INTEREST-#
BEARING ESCROW ACCOUNT OF THE
UNITED STATES."

(DEFENDANTS)


# See  Greenbaum v. Iran,
       67 F.4th 428 (D.C. Cir. 2023).


. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

VENUE

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Title 28 U.S. Code, §1391 ("Venue Generally"), sunsection (b) ("Venue In General"), provides; in pertinent part(s):

**"A civil action may be brought in []**
a judicial district in which []
a substantial part of property that is
the subject of the action
is situated[.]"

<u>Id.</u>

The "property that is the subject of th[is] action" is the site of President Trump's future Presidential Library at the Miami-Dade College. Said property "is situated" in the Southern District of Florida, which is, of course, this Honorable Court's geographical judicial district, for venue purposes and considerations.

Accordingly, venue is proper in this federal district.

THE   COURT'S   SUBJECT-MATTER JURISDICTION

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

This civil action is brought pursuant to the following statutes:

--The Mandamus Act: Title 28 U.S. Code, § 1361;

--The Declaratory Judgment Act: Title 28 U.S Code, § 2201;

--The Federal Question Jurisdiction: Title 28 U.S. Code, § 1331; and

--The Administrative Procedure Act: Title 5 U.S. Code, §§ 701 et seq.

PRESIDENT TRUMP'S REQUIRED JOINDER AS A CO-PLAINTIFF TO THIS ACTION

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Federal Rule of Civil Procedure (Rule 19)("REQUIRED JOINDER OF PARTIES")
states, inter alia:

"(a)(1) Required Party[:]
A person [] must be joind if []
in that person's absence,
the court cannot accord complete relief
among existing parties

[]

"if the person has not been joined as required,
the court must order that the person be made a party."

Id.

See also Rule 21:

"On motion or on its own,
the court may at any time,
on just terms, add [] a party."

Id,

See also  Evans v. Select January Six Comm,
2022 U.S. Dist. LEXIS 226034 (E D. Tex.):

"REQUEST TO JOIN DONALD J  TRUMP[:]
Plaintiffs request the court join
Donald J. Trump, so as to protect [his] affected rights[.]"  Id.

4 of 8

PRO   SE   PLAINTIFF   BILLY   G.   ASEMANI

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Billy G. Asemani ("Asemani") intends to donate $10,000,000.00
(Ten Million Dollars) to President Trump's Presidential Library
("The Library").

On August 25, 2025, Asemani was awarded $18,045,916.44, by way of a
"MODIFIED JUDGMENT" issued against the Islamic Republic of Iran ("Iran").
Exhibit A is a certified/autheticated copy of said judgment, bearing
the original seal of the issuing court.

The proposed $10M contribution would be paid from the proceeds of
the enforcement of the $18M+ award.

DEFENDANT "OFAC"

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

"[T]he U.S. Department of the Treasury['s] OFAC [is] an enforcement arm"
of the federal government.  See  Peterson v  Bank Markazi of Iran,
121 F.4th 983 (2d Cir. 2023).

"Millions of dollars' worth of light crude oil purportedly belonging
to Iran" are in OFAC's possession." See Greenbaum v. Iran,
588 F.Supp. 3d 78 (D.D.C. 2022).

6 of 8

## THE CRUX OF THE COMPLAINT AT BAR

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Asemani is Iran's judgment-creditor to the tune of nearly $20M.  See  Exhibit A.  OFAC
holds hundreds of millions(if not billions) of dollars of frozen/blocked funds/assets,
belonging to Iran.

Title 50 U.S. Code, §1702 ("Presidential Authorities") gives President Trump the authority to:

"under such regulations as he may prescribe,
by means of [] licenses[,] involv[ing]
any interest of any foreign country[,]
or with respect to any property, subject to
the jurisdiction of the United States[,]
regulate payments [] through []
any banking institution[.]"  Id.

Furthermore, "[t]he United States [has] blocked [Iran's] funds pursuant to the
International Emergency Economic Powers Act[.]"  See  Est. of Levin v. Wells Fargo Bank,
2025 U.S. App. LEXIS 24920 (D.C. Cir.). President Trump has full control and authority,
under said Act, to dispose of Iran's blocked funds as he deems necessary for the sake of
U.S. national security.

See also Title 34 U.S. Code, § 20144:

"United States [is] subrogated to creditor rights to the extent of payment[,]
to [] any person who [] receives payments[.]  THE PRESIDENT SHALL PURSUE THESE
SUBROGATED RIGHTS AS CLAIMS OR OFFSETS OF THE UNITED STATES IN APPROPRIATE WAYS,[,]
between the foreign state designated as a state sponsor of terrorism and the
United States[.]"  Id. (Emphasis added.)

Asemani seeks a substitution/exchange of what Iran owes him with an equivalent amount of Iran's
frozen/blocked funds in OFAC's possession, so he may donate $10M of the same to President
Trump's library.  See  Givaudan v. Conagan, 128 F.4th 485 (2d Cir. 2025): Describing
"exchange of assets with defined values[, and] the parties' obligations [] constituting
agreed equivalents[.]"  Id.  See also  U.S. v. Harkins, 2022 U.S. Dist. LEXIS 151301 (D. Col.):
"[T]he exchange of assets for an equivalent transfer of liabilities did not increase or
decrease [the judgment-debtor's] net [debt[.]"  Id.

7 of 8

RELIEF   SOUGHT

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

WHEREFORE, premises considered, and for the foregoing reasons,

Asemani respectfully requests of the Honorable Court, to:

--File/docket his Complaint;

--Allow him to amend the Complaint, with a formal "imminent danger"
  argument in support of an In Forma Pauperis application, for, as a
  "three-stricker," Asemani is ineligible to proceed IFP;

--Grant Asemani's request to proceed in this judicial district, and
  to declare the same the proper forum to adjudicate his claim;

--Join President Trump as a required/interested party to this action,
  because without President Trump's authorization, OFAC will not be
  able to make the necessary exchange/substitution of Iran's debt,
  for the purpose of enforcing Asemani's judgment against Iran, and
  his $10M contribution/donation to President Trump's Library; and

--Issue any other order, instruction, directive, etc., as the Honorable
  Court deems just and equitable.


Respectfully submitted,

Billy G. Asemani, pro se                          February 01, 2026
WCI#339096
13800 McMullen Hwy, SW
Cumberland, Maryland
21502


8 of 8



FROM: BILLY G. ASEMANI
WCI#339096
13800 MCMULLEN HWY, SW
CUMBERLAND, MARYLAND
21502

LEGAL..SPECIAL MAIL

RECEIVED
FEB 13 2026
FTP
CLEARED X-RAY

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
(SOUTHERN DISTRICT OF FLORIDA)
101 SOUTH U.S. HIGHWAY 1
FORT PIERCE, FLORIDA
34950



OUTGOING
INMATE MAIL.
FEB 09 2026
W C I