EXHIBIT  A

In the Records of the Circuit Court

for Wicomico County, State of Maryland

Among Other Proceedings

Is the Following, To Wit:



| CIRCUIT COURT FOR WICOMICO COUNTY, MARYLAND | Main: 410-543-6551 |
|---|---|
| 101 North Division Street, P.O. Box 198, Salisbury, Maryland, 21801 | Fax: 410-546-8590 |

To: BILLY G ASEMANI
RCI #339096
18701 ROXBURY ROAD
HAGERSTOWN, MD 21746

Case Number: C-22-JG-25-000698
Other Reference Number(s): C-22-JG-25-001061

**BILLY ASEMANI VS. THE ISLAMIC REPUBLIC OF IRAN**

Date: 8/25/2025

## NOTICE OF MODIFICATION OF JUDGMENT

**I HEREBY CERTIFY** that the following judgment has been modified in this court in the above entitled case.

Judgment against:   THE ISLAMIC REPUBLIC OF IRAN
                    THE FOREIGN MINISTRY
                    IMAM KHOMEINI STREET
                    TEHGAN, IRAN

Judgment in favor of:   BILLY G ASEMANI
                        RCI #339096
                        18701 ROXBURY ROAD
                        HAGERSTOWN     MD 21746

| | | | |
|---|---|---|---|
| Judgment assignee: | None | | |
| Judgment ordered on: | 02/26/2025 | Other fee: | $469,101.60 |
| Judgment entry date: | 02/26/2025 | Service fee: | $0.00 |
| Amount of judgment: | $17,576,814.84 | Attorney fee: | $0.00 |
| Pre judgment interest: | | | |
| Appearance fee: | $0.00 | Total judgment: | $18,045,916.44 |
| Filing fee: | $0.00 | | |
| Modified on | 08/25/2025 | | |
| Judgment status: | Entered | | |
| Status comment: | | | |

Comments: Judgments in case C-22-JG-25-000698 and C-22-JG-25-001061 consolidated. Plus post judgment interest to the $4M judgment ($1,095/day) and the $7M judgment ($3,169.56/day)

IN TESTIMONY, I set my hand and affix the seal of this court.

*/s/ James B. McAllister*
James B. McAllister
Clerk of the Circuit Court

### Notice

You may receive a Judgment Debtor (Defendant) Information Sheet (CC-DC-CV-114) from the plaintiff or the plaintiff's attorney requesting information under oath about you, your employment, and your assets, liabilities, income, and expenses. You do not have to complete and return that form, but if you fail to do so within the time

**CC-CV-037 (Rev. 08/2020)**     Page 1 of 2     08/25/2025 8:41 AM

allowed, you may be summoned to appear or undergo an examination under oath before a judge or examiner regarding those matters. If you fully complete and return the completed Judgment Debtor (Defendant) Information Sheet within the time allowed, you will not be subject to discovery in aid of enforcement for at least one year from the entry of the judgment against you, unless the judgment creditor has been granted leave of court for good cause shown.

## STATE OF MARYLAND, WICOMICO COUNTY, TO WIT:

I, James B. McAllister, Clerk of the Circuit Court for Wicomico County, Maryland, hereby certify that the above and aforegoing is a true and correct copy of Notice of Modification of Judgment for Billy Asemani vs. The Islamic Republic of Iran; C-22-JG-25-000698

IN TESTIMONY WHEREOF, I hereunto subscribe my name and affix the seal of the Circuit Court for Wicomico County, Maryland, this 26th day of December, Two Thousand and Twenty Five

James B. McAllister
Clerk of the Circuit Court